IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRBY W. FANDRY,<br>Defendant. | PO-24-05021-KLD<br><br>VIOLATION:<br>9597286<br>Location Code: M18<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $10 fine and $30 processing fee for violation 9597286 (for a total of $40), and for good cause shown, **IT IS ORDERED** that the $40 fine paid by the defendant is accepted as a full adjudication of violation 9597286.

**IT IS FURTHER ORDERED** that the Initial Appearance scheduled for June 6, 2024, is **VACATED.**

DATED this 24th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge